11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Arthur Castillo
Arzate

Appellant

Vs.                   No.
11-01-00295-CR B
Appeal from Nolan County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to withdraw his notice of appeal and dismiss
his appeal.  The motion is signed by
both appellant and his attorney. 
TEX.R.APP.P. 42.2.

The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

October 18, 2001

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.